UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS



FILED
DEC 12 2019
Clerk, U.S. District Court
Texas Eastern

| CRAIG CUNNINGHAM, Plaintiff, v. MobileHelp, LLC, Elite Ops, LLC dba Response1 Medical Alarm, Daniel Contrares, VDC Holdings, LLC, Defendant | § § § § § § § § § § | 4:19-cv-00837-ALM-CAN |
|---|---|---|

**Plaintiff's Motion to Dismiss with prejudice**

1. The Plaintiff hereby wishes to dismiss this case with prejudice as the parties have resolved the dispute between them.

*Craig Cunningham*
Plaintiff,                    December 12, 2019

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| CRAIG CUNNINGHAM, Plaintiff, v. MobileHelp, LLC, Elite Ops, LLC dba Response1 Medical Alarm, Daniel Contrares, VDC Holdings, LLC, Defendant | § § § § § § § § § § § 4:19-cv-00837-ALM-CAN |
|---|---|

**Plaintiff's Certificate of Service**

I hereby certify a true copy of the foregoing was mailed via USPS first class mail to the defendants.

Craig Cunningham
Plaintiff,                December 12, 2019

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075