# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM | § |
| | §   Civil Action No.  4:19-CV-837 |
| v. | §   (Judge Mazzant/Judge Nowak) |
| | § |
| MOBILEHELP, LLC, ET AL. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

Pending before the Court is Plaintiff's Motion to Dismiss with Prejudice (Dkt. #8), wherein Plaintiff states that he "wishes to dismiss this case with prejudice as the parties have resolved the dispute between them."  To date, Defendants have not answered or otherwise filed a responsive pleading.  After reviewing the Motion, and all relevant filings, the Court finds the Motion should be **GRANTED**.  Accordingly,

It is therefore **ORDERED** that the above captioned and numbered civil action is hereby **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 20th day of December, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE